CHARLES WILLIAMSON et al., Respondents, *v.* WILLIAM W. CHAPIN et al., Appellants.

*Williamson* v. *Dorthy,* 17 App. Div. 621, affirmed.
(Submitted June 25, 1897; decided October 5, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 20, 1897, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*John Van Voorhis* for appellants.

*William B. Hale* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.